**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION**

**RODNEY HEWETT,**

    **Plaintiff,**

**vs.**                                                   **5:04-CV-239-SPM**

**WEST FLORIDA ELECTRIC
COOPERATIVE,**

    **Defendant.**

_____/

**ORDER DISMISSING CASE**

    **THIS CAUSE** comes before the Court upon the "Notice of Dismissal Reserving Jurisdiction" (doc. 39) filed June 7, 2005. Pursuant to Northern District of Florida Local Rule 16.2(D), it is hereby

    **ORDERED AND ADJUDGED** that this case is *dismissed* and all pending motions are denied as moot. The Court retains jurisdiction for a period of sixty days during which time any party may move to reopen the case for good cause shown.

    **DONE AND ORDERED** this <u>eighth</u> day of June, 2005.

                                         *s/ Stephan P. Mickle*
                                         Stephan P. Mickle
                                         United States District Judge

/pao